UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| ERIC X. RAMBERT, | |
| *Plaintiff*, | Civil Action No. 17-128 |
| v. | |
| | ORDER |
| MICHAEL OVERMYER, et al., | |
| *Defendants*. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Lisa Pupo Lenihan, and the balance of record, **HEREBY ORDERS** as follows:

(1) The Court **ADOPTS** the Report and Recommendation [Doc. No. 4].

(2) Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **DENIED** in accordance with 28 U.S.C. § 1915(g).

(3) This case is **DISMISSED** until such time that Plaintiff pays the full $400.00 filing fee.

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 12th day of July, 2017.

                                                s/Barbara J. Rothstein
                                                BARBARA J. ROTHSTEIN
                                                UNITED STATES DISTRICT JUDGE